District Judge Ronald B. Leighton
Magistrate Judge J. Richard Creatura

09-MC-05007-ORD

FILED ___ LODGED
___ RECEIVED

AUG 19 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MC09-5007-RBL-JRC |
| Petitioner, | |
| v. | |
| TRISTAN MARSHALL, | UNITED STATES' NOTICE OF DISMISSAL OF PETITION TO ENFORCE IRS SUMMONS |
| Respondent. | |

NOTICE IS HEREBY GIVEN, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that Respondent not having served an answer or a motion for summary judgment, the United States' Petition to Enforce Internal Revenue Service Summons (Dkt. No. 1) in the above-captioned case may be and hereby is

//
//
//

UNITED STATES' NOTICE OF DISMISSAL
OF PETITION TO ENFORCE IRS SUMMONS - 1
[MC09-5007-RBL-JRC]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | DISMISSED WITHOUT PREJUDICE and without costs, including attorney's |
| 2 | fees. |
| 3 | |
| 4 | DATED this 18th day of August, 2009. |
| 5 | Respectfully submitted, |
| 6 | JEFFREY C. SULLIVAN<br>United States Attorney |
| 7 | |
| 8 | *s/ Maren R. Norton*<br>Maren R. Norton, WSBA #35435<br>Assistant United States Attorney |
| 9 | 700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271 |
| 10 | Telephone No. (206) 553-7970<br>Facsimile No. (206) 553-4073 |
| 11 | Maren.norton@usdoj.gov |

IT IS SO ORDERED THIS 19th DAY OF August, 2009

_____
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES' NOTICE OF DISMISSAL
OF PETITION TO ENFORCE IRS SUMMONS - 2
[MC09-5007-RBL-JRC]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970